```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05735
   MARIA I LOPEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2104


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/30/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG         .00           .00             .00
AMERICA'S SERVICING COMP UNSECURED        NOT FILED          .00             .00
CAPITAL ONE              UNSECURED           138.62          .00             .00
HSBC NV                  UNSECURED        NOT FILED          .00             .00
WFNNB/VCTRIA             UNSECURED        NOT FILED          .00             .00
AMERICA'S SERVICING COMP MORTGAGE ARRE        .00            .00             .00
LASALLE BANK NATIONAL    NOTICE ONLY     NOT FILED           .00             .00
BENNIE W FERNANDEZ       DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 05735 MARIA I LOPEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/16/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```